**FILED**

SEP 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 14 80 249 MISC JD

IN THE MATTER OF ) Case Number:
)
Ilse Marie Butterfield - #128888 ) **ORDER TO SHOW CAUSE RE**
) **SUSPENSION FROM MEMBERSHIP**
) **IN GOOD STANDING OF THE BAR**
) **OF THE COURT**
)

TO: Ilse Marie Butterfield:

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Enrolled as an inactive member pursuant to Section 6007 of the Business and Professions Code and may not practice law while so enrolled effective August 23, 2014, and Suspended by the Supreme Court of California for 1 year effective August 30, 2014.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before October 31, 2014,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after October 31, 2014, absent further order of this Court.

IT IS SO ORDERED.

Dated: _____

JAMES DONATO
United States District Judge

*Form updated July 2012*